IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02583-PAB-KMT

DINGO, INC., a Colorado corporation,

    Plaintiff,

v.

WHO YA GONNA CALL BARK BUSTERS PTY., LTD., a New South Wales, Australia corporation,

    Defendant.

---

## FINAL JUDGMENT

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order [Docket No. 41] of Judge Philip A. Brimmer entered on July 30, 2013 it is

**ORDERED** that this case is dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(b) for plaintiffs' failure to prosecute and to obey orders of the Court.

Dated at Denver, Colorado this 1st day of August, 2013.

                                      FOR THE COURT:
                                      JEFFREY P. COLWELL, CLERK

                                      s/Edward P. Butler
                                      Edward P. Butler
                                      Deputy Clerk